EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                     | 2021 TSPR 46    |
|                            |                 |
| Lorenzo Vilanova Alfonso   | 206 DPR _____   |

Número del Caso:  TS-8213


Fecha:  31 de marzo de 2021


Abogado de la parte peticionaria:

   Por derecho propio




Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como  un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Lorenzo Vilanova Alfonso                    TS-8,213

RESOLUCIÓN

En San Juan, Puerto Rico, a 31 de marzo de 2021.

Evaluada la *Moción informando cumplimiento y reiterando solicitud de reinstalación* presentada por el Sr. Lorenzo Vilanova Alfonso, se provee con lugar y se da por cumplida nuestra *Resolución* del 3 de septiembre de 2020. Así, al señor Vilanova Alfonso se le reinstala al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo.

José Ignacio Campos Pérez
Secretario del Tribunal Supremo